

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2023

No. 04-23-00552-CV

**IN THE INTEREST OF P.M.M.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-21699
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

 In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. The Clerk is directed to transfer (1) the clerk's records, (2) the reporter's record, and (3) appellant's September 6, 2023 motion to Cause No. 04-23-00840-CV for disposition pursuant to Rule 145(g).

 It is so **ORDERED** on December 27, 2023.

_____
Lori I. Valenzuela, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court